**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| NANCY DOWD LUMAGHI, *individually and as Personal Representative of the Estate of Peter Lumaghi*, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COVIDIEN LP, *et al.*, )<br>)<br>Defendants. ) | Case No. 4:21-cv-1311-MTS |

**MEMORANDUM & ORDER**

Before the Court is Defendants' Motion to Dismiss, Doc. [28], and Plaintiff's Motion for Leave to File Second Amended Complaint, Doc. [31]. Having considered the parties briefing and arguments on both motions, the Court finds that allowing Plaintiff to amend would not be futile. *Zutz v. Nelson*, 601 F.3d 842, 850 (8th Cir. 2010) ("Denial of a motion for leave to amend on the basis of futility 'means the district court has reached the legal conclusion that the amended complaint could not withstand a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure.'" (quoting *Cornelia I. Crowell GST Trust v. Possis Med., Inc.*, 519 F.3d 778, 782 (8th Cir. 2008)); *Streambend Properties III, LLC v. Sexton Lofts, LLC*, 297 F.R.D. 349, 357 (D. Minn.), *aff'd,* 587 F. App'x 350 (8th Cir. 2014) ("Futility determinations utilize the *Twombly* 'plausibility' standard under Rule 12(b)(6).").

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint, Doc. [31], is **GRANTED**. The Court requests Plaintiff to file the Second Amended Complaint, and Defendants shall have the usual time to file any required response. *See* Fed. R. Civ. P. 15(a)(3).

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss, Doc. [28], is **DENIED** as **MOOT**.

Dated this 14th day of July, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE