**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NANCY DOWD LUMAGHI, *individually and as Personal Representative of the Estate of Peter Lumaghi*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:21-cv-01311-MTS |
| COVIDIEN LP, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's unopposed Motion for Leave to Appear at Hearing Virtually, Doc. [199], is **GRANTED** in that the in-person hearing set in this matter for June 29, 2026, will now be held exclusively via video on Zoom. Hearing participants shall use the following login information to participate virtually via www.zoomgov.com:  Meeting ID:  160 969 4455, Password:  355339.   All participants must add their name (right click and select *Rename*) to their profile upon entering the Zoom conference.  In the event of connectivity issues, participants may call 1-669-254-5252 and use Meeting ID:  160 969 4455.  **Local Rule 13.02 prohibits all means of photographing, recording, rebroadcasting, and televising this proceeding.**

Dated this 24th day of June 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE