# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

NANCY DOWD LUMAGHI, Individually
and as Personal Representative of the Estate
of PETER LUMAGHI, Deceased

Plaintiff,

v.

COVIDIEN LP,
COVIDIEN SALES LLC,
COVIDIEN HOLDING INC.,
and MEDTRONIC, INC.,

Defendants.

Case No. 4:21-cv-01311-MTS

## AFFIDAVIT OF NANCY LUMAGHI

I, Nancy Lumaghi, being duly sworn and under oath, state that I am over the age of 18 years, have personal knowledge of the facts contained herein, and am otherwise competent to testify thereto.

1.     I am the surviving spouse of Peter Lumaghi and the named plaintiff in this action individually and as the personal representative of the Estate of Peter Lumaghi, deceased.

2.     Pursuant to Missouri Statute Section 537.080, and relevant here, a claim for wrongful death may be brought by the surviving spouse and surviving children of the decedent. R.S.Mo. § 537.080.1(1).

3.     In addition to myself as the surviving spouse, there are two surviving children; Laura Lumaghi and Alex Lumaghi.

4.     There are no other legal beneficiaries under applicable Missouri law entitled to pursue or share in the recovery on the claim for the wrongful death of Peter Lumaghi.

5.      A proposed settlement has been reached with myself and Defendants to resolve all of my claims pending herein in exchange for monetary compensation.

6.      I understand the total settlement award applies to the wrongful death claim.  I further understand that in exchange for such monetary compensation I will be releasing and dismissing all claims pending herein against Defendants with prejudice.

7.      The legal beneficiaries have all discussed this matter and agree that the settlement is fair, reasonable, and in their best interest.

8.      All legal beneficiaries are in agreement on how we wish for the net settlement proceeds to be allocated and apportioned. (Exhibit A, Allocation Agreement).

9.      On behalf of the legal beneficiaries, I wish to finalize this settlement and for the Court to approve the same and apportion the net proceeds as specified in our Agreement.

10.     I, on behalf of all legal beneficiaries for the wrongful death of Peter Lumaghi, entered into a contract for representation in this matter with Ferrer Poirot Feller & Daniel, agreeing to 40% of attorneys' fees plus reimbursement of litigation expenses to be paid out of any recovery. I understand the Ferrer Firm has associated with co-counsel, including Holland Law Firm, to assist in litigating my claims.  I understand that any co-counsel will be paid out of the above-referenced 40% contingency fee and will not result in any additional attorneys fee.

11.     I am satisfied with the work of the attorneys on our behalf.

12.     I have been provided with a breakdown showing the total gross settlement amount, the attorneys' fees, and litigation expenses.  I believe the amounts are fair and reasonable under the circumstances.  All of my questions regarding the settlement in general and the amounts have been satisfactorily answered.

13.     I understand that all legally valid medical liens asserted on this claim must be resolved out of the settlement proceeds and that the remainder will be the total net proceeds. I understand that the medical liens are in the process of being finalized with an effort to reduce those lien amounts to the lowest possible dollar.

14.     I, on behalf of all legal beneficiaries for the wrongful death of Peter Lumaghi, pursuant to R.S.Mo. § 537.095, hereby ask that the Court:

    a.     State the total amount of settlement approved;

    b.     Order the collection and receipt of the settlement payment;

    c.     Order the deduction and payment of the specified attorneys' fees, litigation expenses, and the medical liens (when finalized);

    d.     Order the distribution of the remaining net proceeds pursuant to the attached Allocation Agreement, or as otherwise ordered by this Court;

    e.     Order a reporting and accounting to be submitted to the Court if necessary in the Court's discretion; and

    f.     Make any other findings or rulings to allow this settlement to be finalized.

6/9/26
Date

_Nancy Lumaghi_

In witness whereof I have hereunto subscribed my name and affixed my official seal this 9 day of ___June___, 2026.

My Commission Expires:

SCOTT A. CAMPBELL
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Aug. 2, 2028
Commission # 12393920

Notary Public