# Exhibit B

## ALLOCATION AGREEMENT

We, the undersigned legal beneficiaries, having an interest in the total net proceeds of the claim for the wrongful death of Peter Lumaghi, in the case captioned *Nancy Dowd Lumaghi, Individually and for the Estate of Peter Lumaghi, Deceased v. Covidien LP*, et al., Case No. 4:21-cv-01311-MTS, hereby agree and request that the net proceeds of which we are entitled to after payment of attorneys' fees, litigation costs, and any medical liens, be allocated and distributed as set forth below.  There are no other legal beneficiaries who have an interest in the wrongful death claim of Peter Lumaghi under R.S.Mo. § 537.080.1(1).


_____   100   %         6/9/26
Nancy Lumaghi                   Percentage       Date


_____   0   %           6/9/26
Laura Lumaghi                   Percentage       Date


_____   0   %           6/10/26
Alex Lumaghi                    Percentage       Date