# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

NANCY DOWD LUMAGHI, Individually
and as Personal Representative of the Estate
of PETER LUMAGHI, Deceased

Plaintiff,

v.

COVIDIEN LP,
COVIDIEN SALES LLC,
COVIDIEN HOLDING INC.,
and MEDTRONIC, INC.,

Defendants.

Case No. 4:21-cv-01311-MTS

**PLAINTIFF'S NOTICE OF FILING AMENDED PROPOSED ORDER IN SUPPORT OF AMENDED MOTION FOR APPROVAL OF WRONGFUL DEATH SETTLEMENT [DOC 203]**

Please take notice that Plaintiff, Nancy Dowd Lumaghi, Individually and as Personal Representative of the Estate of Peter Lumaghi, Deceased, hereby files the attached Amended Proposed Order in support of Plaintiff's Amended Motion for Approval of Wrongful Death Settlement [Doc 203]. Plaintiff requests that the Amended Proposed Order filed herewith replace the previously filed Proposed Order referred to as Document 203-3.

Respectfully Submitted,

*/s/ Patrick R. Dowd*
Patrick R. Dowd – MO Bar #: 64820MO
HOLLAND LAW FIRM, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102
Tel: 314-241-8111
Fax: 314-241-5554
Email: pdowd@hollandtriallawyers.com

and

*/s/ Ellen A. Presby*

Ellen A. Presby
FERRER, POIROT, WANSBROUGH
FELLER, DANIEL
2603 Oak Lawn Avenue, Suite 300
Dallas, TX 75219
Tel: 214-521-4412
Email: epresby@lawyerworks.com
*Admitted Pro Hac Vice*


**COUNSEL FOR PLAINTIFF**


## CERTIFICATE OF SERVICE


I hereby certify that the foregoing is being filed using the Court's CM/ECF system this 6th day of July, 2026, which will automatically serve a copy to all known counsel of record via electronic mail.


 */s/ Patrick R. Dowd*

Patrick R. Dowd, # 64820MO

2