**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

NANCY DOWD LUMAGHI, Individually
and as Personal Representative of the Estate
of PETER LUMAGHI, Deceased

Plaintiff,

v.

COVIDIEN LP,
COVIDIEN SALES LLC,
COVIDIEN HOLDING INC.,
and MEDTRONIC, INC.,

Defendants.

Case No. 4:21-cv-01311-MTS

**NOTICE OF CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of Plaintiff's Memorandum Regarding the Inability or Failure to File Redacted Documents [Doc 213], was served on counsel for Defendants via electronic mail on July 9, 2026.

Respectfully Submitted,

*/s/ Patrick R. Dowd*
Patrick R. Dowd – MO Bar #: 64820MO
HOLLAND LAW FIRM, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102
Tel: 314-241-8111
Fax: 314-241-5554
Email: pdowd@hollandtriallawyers.com

*/s/ Ellen A. Presby*
Ellen A. Presby
FERRER, POIROT, WANSBROUGH
FELLER, DANIEL
2603 Oak Lawn Avenue, Suite 300
Dallas, TX 75219
Tel: 214-521-4412

Email: epresby@lawyerworks.com
*Admitted Pro Hac Vice*

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being filed using the Court's CM/ECF system this 10th day of July, 2026, which will automatically serve a copy to all known counsel of record via electronic mail.

*/s/ Patrick R. Dowd*

Patrick R. Dowd, # 64820MO