**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| NANCY DOWD LUMAGHI, Individually and as Personal Representative of the Estate of PETER LUMAGHI, Deceased<br><br>Plaintiff,<br><br>v.<br><br>COVIDIEN LP,<br>COVIDIEN SALES LLC,<br>COVIDIEN HOLDING INC.,<br>and MEDTRONIC, INC.,<br><br>Defendants. | Case No. 4:21-cv-01311-MTS |

# JOINT STATUS REPORT

Pursuant to the Court's July 17, 2026 Order, the Parties hereby submit this Joint Status Report. All contingencies for the settlement program have been met. On or about August 27, 2026, Defendant paid the full settlement amount into the settlement fund. For this Lumaghi matter, there is one remaining medical lien that is pending finalization which is actively being worked on. Once that is finalized, the award will be promptly distributed and the case will be dismissed with prejudice. The Parties will submit a subsequent Joint Status Report within 14 days in the event this is not finalized by then pursuant to the Court's July 17 Order.

Respectfully Submitted,

*/s/ Bryan T. Pratt*

Bryan T. Pratt, MO Bar #48798
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Email: bpratt@shb.com

**Counsel for Defendants**

Respectfully Submitted,

*/s/ Patrick R. Dowd*

Patrick R. Dowd – MO Bar #: 64820MO
HOLLAND LAW FIRM, LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102
Tel: 314-241-8111
Email: pdowd@hollandtriallawyers.com

And

Ellen A. Presby
FERRER, POIROT, WANSBROUGH
FELLER, DANIEL
2603 Oak Lawn Avenue, Suite 300
Dallas, TX 75219
Tel: 214-521-4412
Email: epresby@lawyerworks.com

*Admitted Pro Hac Vice*

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being filed using the Court's CM/ECF system this 31st day of August, 2026, which will automatically serve a copy to all known counsel of record via electronic mail.

*<u>/s/ Patrick R. Dowd</u>*
Patrick R. Dowd